THOS. H. HAYES et als. v. JOHN M. BASS et als.

(No. 18, Op. Book No. 1, p. 174.)

APPEAL from Lamar County.   Opinion by WHITE, J.

§ 15.  *Statement of facts, absence of.*  Where there is no statement of facts, every presumption will be entertained in favor of the correctness of the verdict and judgment.  [2 Tex. 258; 2 Tex. 420; 3 Tex. 357; 10 Tex. 508; 6 Tex. 489; 21 Tex. 394; 21 Tex. 469; 22 Tex. 5.]

§ 16. *Injunction.* An injunction for the purpose of staying an execution sued out more than a year after judgment obtained, is unauthorized and void, unless it presents a case coming within some of the exceptions pointed out in the statute. [Pas. Dig. art. 3931; Rev. Stats. art. 2875.]

April 13, 1877.                              Affirmed.